# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neff, Janet T. | US District Court Western District of Michigan | 05/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active Status | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

110 Michigan Street NW Suite 402
Grand Rapids, Michigan 49503

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Michigan Judges Retirement System - Pension upon Retirement from Michigan Court of Appeals |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2016 | State of Michigan Pension | $90,864.60 |
| 2. | 2016 | JP Morgan Clearing Corp Retirement | $26,893.32 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2016 | State of Michigan Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank | A | Int./Div. | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. -JP Morgan TR II - QWERQ | A | Dividend | | | Sold | 12/31/16 | J | | |
| 5. -Abbott Laboratories - ABT | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 6. -Accenture PLC Ireland - ACN | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 7. -ACE Limited - ACE | A | Dividend | | | Sold | 12/31/16 | J | | |
| 8. -Adobe Systems Inc - ADBE | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 9. -AETNA Inc New- AET | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 10. -Alexion Pharmaceutical - ALXN | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 11. -Allegion Public Limited - ALLE | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 12. -Allergan PLC - AGN | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 13. -Alliance Data System Corp - ADS | A | Dividend | | | Sold | 12/31/16 | J | | |
| 14. -Alphabet Inc - GOOGL | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 15. -Alphabet Inc - GOOG | B | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 16. -Amazon.com Inc - AMZN | B | Dividend | J | T | | | | | |
| 17. -Anadarko Petroleum Corp -APC | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Apple Inc - AAPL | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 19.  -Aston/Fairpointe Mid Cap - ABMIX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 20.  -AT&T Inc - T | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 21.  -Avago Technologies LTD - AVGO | B | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 22.  -Bank of America Corp - BAC | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 23.  -Biogen Inc - BIIB | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 24.  -Blackrock FDS - BRMIX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 25.  -Blackrock INC - BLK | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 26.  -Blackrock International - MAIIX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 27.  -Bristol Myers SQUIBB Co - BMY | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 28.  -Broadcom Corp - BRCM | A | Dividend | | | Sold | 12/31/16 | J | | |
| 29.  -Brown Advisory FDS - BAFHX | A | Dividend | K | T | Buy (add'l) | 12/31/16 | K | | |
| 30.  -Carnival Corp - CCL | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 31.  -CBS Corp - CBS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 32.  -Celgene Corp - CELG | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 33.  -Charles Schwab Corp - SCHW | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 34.  -Chevron Corporation - CVX | A | Dividend | | | Sold | 12/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Citigroup Inc - C | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 36. -CMS Energy Corp - CMS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 37. -Coca Cola Company - KO | A | Dividend | | | Sold | 12/31/16 | J | | |
| 38. -Cognizant Technology - CTSH | A | Dividend | | | Sold | 12/31/16 | J | | |
| 39. -Colgate Palmolive Company - CL | A | Dividend | | | Sold | 12/31/16 | J | | |
| 40. -Columbia Pipeline Group - CPGX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 41. -Comcast Corp - CMCSA | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 42. -Costco Wholesale Corp - COST | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 43. -P Crown Holdings Inc - CCK | A | Dividend | | | Sold | 12/31/16 | J | | |
| 44. -CSX Corporation - CSX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 45. -Deutsche X Tracker MSCI - DBEF | A | Dividend | | | Sold | 12/31/16 | J | | |
| 46. -Discover Financial - DFS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 47. -Dish Network Corp - DISH | A | Dividend | J | T | | | | | |
| 48. -Dodge & Cox Funds - DODFX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 49. -Dow Chemical Company - DOW | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 50. -E I DU Pont DE Nemours - DD | A | Dividend | | | Sold | 12/31/16 | J | | |
| 51. -ELI Lilly & Co - LLY | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -EQT Corporation - EQT | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 53. -Facebook Inc - FB | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 54. -Fidelity National - FIS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 55. -General Electric Company - GE | A | Dividend | | | Sold | 12/31/16 | J | | |
| 56. -General Motors Company - GM | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 57. -Gilead Sciences Inc - GILD | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 58. -Harman International -HAR | A | Dividend | | | Sold | 12/31/16 | J | | |
| 59. -Hartford Financial - HIG | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 60. -Hess Corporation - HES | A | Dividend | | | Sold | 12/31/16 | J | | |
| 61. -Home Depot Inc - HD | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 62. -Honeywell Intl Inc - HON | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 63. -HP Inc - HPQ | A | Dividend | | | Sold | 12/31/16 | J | | |
| 64. -Humana Inc - HUM | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 65. -Illumina Inc - ILMN | A | Dividend | J | T | | | | | |
| 66. -JP Morgan Value - JVAIX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 67. -JP Morgan TR I - VSNGX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 68. -L-3 Communications - LLL | A | Dividend | | | Sold | 12/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Lam Research Corp - LRCX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 70. -Lennox Intl Inc - LII | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 71. -Lowes Companies Inc - LOW | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 72. -Marsh & MCLennan -MMC | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 73. -Martin Marietta - MLM | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 74. -Masco Corp - MAS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 75. -Mastercard Incorporated - MA | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 76. -MCKesson Corp - MCK | A | Dividend | | | Sold | 12/31/16 | J | | |
| 77. -Metlife Inc - MET | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 78. -Microsoft Corp - MSFT | B | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 79. -Molson Coors Brewing Co - TAP | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 80. -Mondelez International - MDLZ | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 81. -Morgan Stanley - MS | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 82. -Nisource Inc - NI | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 83. -NXP Semiconductors NV - NXPI | A | Dividend | | | Sold | 12/31/16 | J | | |
| 84. -Occidental Pete Corp - OXY | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 85. -Paccar Inc - PCAR | A | Dividend | | | Sold | 12/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Pepsico Inc - PEP | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 87. -Pfizer Inc - PFE | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 88. -Pioneer Natural Resources - PXD | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 89. -Procter & Gamble Co - PG | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 90. -Schlumberger LTD - SLB | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 91. -SPDR S&P 500 ETF Trust - SPY | A | Dividend | L | T | Buy (add'l) | 12/31/16 | L | | |
| 92. -Stanley Black & Decker - SWK | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 93. -SVB Financial Group - SIVB | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 94. -Synchrony Financial - SYF | D | Dividend | | | Sold | 12/31/16 | J | | |
| 95. -TE Connectivity LTD - TEL | A | Dividend | | | Sold | 12/31/16 | J | | |
| 96. -Time Warner Inc - TWX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 97. -TJX Companies Inc New - TJX | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 98. -Twenty First Century Fox - FOXA | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 99. -Union Pacific Corp - UNP | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 100. -United Continental Hldgs - UAL | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 101. -United Technologies Corp - UTX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 102. -United Health Group Inc - UNH | B | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Valero Energy Corp New - VLO | A | Dividend | | | Sold | 12/31/16 | J | | |
| 104. -Vertex Pharmaceuticals -VRTX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 105. -Visa Inc - V | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 106. -Wabco Holdings Inc - WBC | A | Dividend | | | Sold | 12/31/16 | J | | |
| 107. -Walt Disney Co - DIS | A | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 108. -Wells Fargo - SGRNX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 109. -Wells Fargo & Co - WFC | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 110. -Wisdomtree Japan Hedged - DXJ | A | Dividend | | | Sold | 12/31/16 | J | | |
| 111. | | | | | | | | | |
| 112. -Blackrock FDS - BHYIX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 113. -Dodge & Cox Income Fund - DODIX | A | Dividend | K | T | Sold (part) | 12/31/16 | J | | |
| 114. -Federated Institutional - FIHBX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 115. -JP Morgan Short Duration - HLLVX | A | Dividend | | | Sold | 12/31/16 | J | | |
| 116. -JP Morgan TR II - WOBDX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 117. -JP Morgan TR II - OHYFX | A | Dividend | J | T | Sold (part) | 12/31/16 | J | | |
| 118. -Pimco Short Term Fund - PTSHX | A | Dividend | | | Sold | 12/31/16 | K | | |
| 119. -T Rowe Price New Income - PRCIX | A | Dividend | K | T | Buy (add'l) | 12/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Short Term Bond - VBIRX | A | Dividend | K | T | Sold (part) | 12/31/16 | J | | |
| 121. | | | | | | | | | |
| 122. -JPMorgan US Government - QVESQ | A | Dividend | K | T | Buy | 12/31/16 | J | | |
| 123. -O Reilly Automotive Inc - ORLY | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 124. -Pimco total Return Fund - PTTRX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 125. -Agilent Technologies Inc - A | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 126. -Analog Devices Inc - ADI | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 127. -American International - AIG | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 128. -Amg Tr IV - APCTX | A | Dividend | K | T | Buy | 12/31/16 | K | | |
| 129. -Blackrock FDS - BRMKX | A | Dividend | K | T | Buy | 12/31/16 | K | | |
| 130. -Boston Scientific Corp - BSX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 131. -Blackrock Index FDS Inc -BTMKX | A | Dividend | L | T | Buy | 12/31/16 | L | | |
| 132. -Bank New York Mellon Corp - BK | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 133. -Charter Communications -CHTR | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 134. -Causeway Cap Mgmt Tr - CIVIX | A | Dividend | K | T | Buy | 12/31/16 | K | | |
| 135. - Concho Resources Inc - CXO | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 136. - Eastman Chemical Co - EMN | A | Dividend | J | T | Buy | 12/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -EOG Res Inc - EOG | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 138.  -Ishares Inc - EWJ | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 139.  -General Dynamics Corp -GD | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 140.  -Goldman Sachs Group Inc - GS | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 141.  -Johnson Controls - JCI | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 142.  -John Hancock Income Fund - JSTIX | A | Dividend | K | T | Buy | 12/31/16 | J | | |
| 143.  -Keycorp New - KEY | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 144.  -Kraft Heinz Company - KHC | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 145.  -Lord Abbett Short - LLDYX | A | Dividend | K | T | Buy | 12/31/16 | J | | |
| 146.  -Merck & Co Inc - MRK | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 147.  -Nextera Energy Inc - NEE | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 148.  -Northrop Grumman Corp - NOC | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 149.  -Pimco FDS Pac Invt Mgmt - PIGIX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 150.  -PPG Industries Inc - PPG | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 151.  -T Rowe Price Intl Funds - PREMX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 152.  -T Mobile US INc - TMUS | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 153.  -Transanada Corporation - TRP | A | Dividend | J | T | Buy | 12/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Neff, Janet T. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Time Warner Inc - TXN | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 155.  -Vanguard Bond Index FD- VBTLX | A | Dividend | K | T | Buy | 12/31/16 | J | | |
| 156.  -Vanguard Index Tr - VFIAX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 157.  -Vanguard Fixed Incom - VFIDX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 158.  -Vanguard Charlotte Fd -VTABX | A | Dividend | K | T | Buy | 12/31/16 | J | | |
| 159.  -Waste Connections Inc - WCN | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 160.  -Workday Inc - WDAY | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 161.  -Wex Inc - WEX | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 162.  -Yum Brands Inc - YUM | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 163.  -General Electric Company - GE | A | Dividend | J | T | Buy | 12/31/16 | J | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet T. Neff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544